UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                            :

TRUSTEES OF THE LOCAL 531 PENSION PLAN,    :

                               :      07-CV-529 (ARR)(MDG)
                     Plaintiffs,          :

      -against-                          :

                                              :

CORNER DISTRIBUTORS, INC.,               :      **ORDER**

                                            :

                    Defendant.          :

                                              :

------------------------------------------------------------------ x

ROSS, United States District Judge:

      By order dated April 13, 2007, and entered April 17, 2007, this Court referred plaintiffs'

motion for a default judgment in this action to the Honorable Marilyn D. Go, United States

Magistrate Judge, for a report and recommendation. On May 21, 2008, Magistrate Judge Go

issued her Report and Recommendation (the "R&R"), recommending that the Court award

plaintiffs judgment in the amount of $111,981.61, plus interest in the amount of $12.23 per day

for each day from June 1, 2008, until the date of judgment. R&R at 21-22. That R&R

specifically advised the defendant that any objections to the R&R had to be filed by June 10,

2008.

      As of the date of this order, the Court has not received any objections to the R&R.

Accordingly, the Court has reviewed the R&R for clear error on the face of the record. See

Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05

Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy

v. Henderson, No. O5 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March

5, 2007). The Court finds no clear error, and therefore adopts the R&R in its entirety as the

opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

## CONCLUSION

For the reasons stated above, Magistrate Judge Go's Report and Recommendation dated May 21, 2008, is adopted in its entirety. The Clerk of Court is directed to enter judgment in favor of plaintiffs and against the defendant Corner Distributors, Inc., in the amount of $111,981.61, plus interest in the amount of $12.23 per day for each day from June 1, 2008, until the date of judgment.

SO ORDERED.

s/ ARR

Allyne R. Ross
United States District Judge

Dated: July 8 , 2008
Brooklyn, New York

SERVICE LIST:

*Plaintiffs' Attorney*
Rachel S. Paster, Esq.
Cary Kane LLP
1350 Broadway, Suite 815
New York, New York 10018

*Defendant*
Corner Distributors, Inc.
 c/o Alliance Distributors
15-15 132nd Street
College Point, New York 11356

cc:    Magistrate Judge Marilyn D. Go